|                     |                                 |
|---------------------|---------------------------------|
| Presentment Date:   | April 21, 2004, at 10:00 a.m. EDT |
| Response Deadline:  | April 19, 2003, at 12:00 p.m. EDT |

BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200
Andrew W. Hayes, Esq. (AH-2570)
Olav A. Haazen (OH-7788)
Christina M. Lewicky (CL-0666)

Counsel for the Model Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11 Case**<br>**Case No. 04-10845 (RDD)** |
| **Elite Model Management Corporation,** | **NOTICE OF MOTION** |
| **Debtor.** |  |

PLEASE TAKE NOTICE THAT, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, (1) Carolyn Fears, and the certified class of approximately 10,000 current and former models she represents (the "Fears Creditors"); (2) Maryanne Fletcher and a class of similarly situated current and former Elite models (the "Fletcher Creditors"); and (3) Angela Shelton, and a class of similarly situated current and former Elite models (the "Shelton Creditors", together with the Fears and Fletcher Creditors, the "Model Creditors"), each a creditor of the above-named Debtor and a party in interest in the above-captioned matter, will move before Hon. Robert D. Drain, Bankruptcy Judge, at Room 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on April 21, 2004 at 10:00 a.m. for an

order directing **Gerald Marie**, **Alain Kittler**, **Mary Ann D'Angelico**, **Monique Pillard**, **Scott Lipps**, and **Diann Perrotta** to appear for a Rule 2004(a) examination at the offices of Boies, Schiller & Flexner LLP, at 570 Lexington Avenue, 16th Floor, New York, New York 10022, on the dates and at the times set forth in the attached Notice of Rule 2004 Examination.

The scope of the examination will be limited to the acts, conduct, property, liabilities and financial condition of the Debtor, any matter which may affect the administration of the Debtor's estate, the operation of any business and desirability of its continuance, source of money to be acquired for purposes of consummating a plan and consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan, including the Debtor's books, records, and accountant's report, and will include the topics set forth in the attached Schedule A.

The Model Creditors further request the Court to direct the issuance of subpoenas for the attendance of the witnesses at the examination and the production of documents as set forth in the attached Schedule B by April 26, 2004.

In order to examine the conduct and affairs of the Debtor and to discover assets belonging to the Debtor's estate, both of which may affect the administration of the Debtor's estate, the Model Creditors believe it necessary to conduct an examination of the above persons as soon as practically possible.

The Model Creditors further move for such other relief as is just and proper.

The undersigned has contacted opposing counsel, Robert T. Schmidt, Esq., who advises that he opposes this motion and will not agree to produce the documents

described herein without a subpoena duces tecum pursuant to Fed. R. Bankr. P. 9016.

New York, New York
April 9, 2004

BOIES, SCHILLER & FLEXNER LLP

By: _____
Andrew W. Hayes (AH-2570)
Olav A. Haazen (OH-7788)
Christina M. Lewicky (CL-0666)
333 Main Street
Armonk, New York 10504
Tel:   (914) 749-8200
Fax:  (914) 749-8300

*Counsel for the Model Creditors*