UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 04 B 10845 (RDD)

CHAPTER 11

Debtor
ELITE MODEL MANAGEMENT CORPORATION

MONTHLY OPERATING STATEMENT FOR
THE MONTH ENDED JULY 31, 2004

DEBTOR'S ADDRESS:
111 EAST 22nd STREET
NEW YORK, NY 10010

MONTHLY DISBURSEMENTS: $3,151,640

DEBTOR'S ATTORNEY:
KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP

MONTHLY OPERATING PROFIT (LOSS): $(392,358)

REPORT PREPARER:
TANTON AND COMPANY, LLP

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: _____August 12, 2004_____

SIGNATURE & TITLE

Indicate if this is an amended statement by checking here

AMENDED STATEMENT ___

**ELITE MODEL MANAGEMENT CORPORATION**
**(DEBTOR-IN-POSSESSION)**

**FINANCIAL STATEMENTS**
**(WITH ACCOUNTANTS' REVIEW REPORT)**

**AS OF AND FOR THE MONTH ENDED JULY 31, 2004 AND**
**FOR THE PERIOD FROM FEBRUARY 12, 2004 TO**
**JULY 31, 2004**

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)

## TABLE OF CONTENTS

|  | Page |
|---|---|
| ACCOUNTANTS' REVIEW REPORT | 1-2 |
| FINANCIAL STATEMENTS | |
| Balance Sheet at July 31, 2004 | 3-4 |
| Statements of Operations and Accumulated Deficit for the Month Ended July 31, 2004 and for the Period from February 12, 2004 to July 31, 2004 | 5 |
| Statements of Cash Flows for the Month Ended July 31, 2004 and for the Period from February 12, 2004 to July 31, 2004 | 6 |
| NOTES TO FINANCIAL STATEMENTS | 7-16 |
| ACCOUNTANTS' REVIEW REPORT ON SUPPLEMENTARY INFORMATION | 17 |
| Schedules of Net Revenues, Cost of Operations and General and Administrative Expenses for the Month Ended July 31, 2004 and for the Period from February 12, 2004 to July 31, 2004 | 18 |
| Schedule of Federal, State, And Local Taxes Collected, Received, Due or Withheld for the Month Ended July 31, 2004 | 19 |

# ACCOUNTANTS' REVIEW REPORT

To the Stockholders and Board of Directors
Elite Model Management Corporation

We have reviewed the accompanying balance sheet of Elite Model Management Corporation
(Debtor-In-Possession) as of July 31, 2004, and the related statements of operations and
accumulated deficit and of cash flows for the month then ended and for the period from
February 12, 2004 to July 31, 2004, in accordance with Statements on Standards for
Accounting and Review Services issued by the American Institute of Certified Public
Accountants. All information included in these financial statements is the representation of
the management of Elite Model Management Corporation.

A review consists principally of inquiries of company personnel and analytical procedures
applied to financial data. It is substantially less in scope than an audit in accordance with
auditing standards generally accepted in the United States of America, the objective of which
is the expression of an opinion regarding the financial statements taken as a whole.
Accordingly, we do not express such an opinion.

Based on our review, with the exception of the matter described in the following paragraph,
we are not aware of any material modifications that should be made to the accompanying
financial statements in order for them to be in conformity with accounting principles generally
accepted in the United States of America.

As disclosed in Note 2 to the financial statements, generally accepted accounting principles
require consolidation of wholly and majority owned subsidiaries and recognition of equity in
earnings of minority owned subsidiaries. The company has not consolidated its wholly and
majority owned subsidiaries or recognized an equity in earnings of minority owned
subsidiaries in the accompanying financial statements, and the effects of these departures
from generally accepted accounting principles have not been determined.

As disclosed in Note 1 to the financial statements, the company filed a voluntary petition with
the Bankruptcy Court commencing a case under Chapter 11 of the Bankruptcy Code on
February 11, 2004. The accompanying financial statements do not purport to reflect or
provide for the consequences of the bankruptcy proceedings. In particular, such financial
statements do not purport to show (a) as to assets, their realizable value on a liquidation basis
or their availability to satisfy liabilities; (b) as to pre-petition liabilities, the amounts that may
be allowed for claims or contingencies, or the status and priority thereof; (c) as to stockholder

1

accounts, the effect of any changes that may be made in the capitalization of the company; or (d) as to operations, the effect of any changes that may be made in its business.

The accompanying financial statements have been prepared assuming that the company will continue as a going concern. As discussed in Note 1, as a result of the bankruptcy filing, realization of assets and satisfaction of liabilities, without substantial adjustments and/or changes in ownership, are subject to uncertainty and raise substantial doubt about the company's ability to continue as a going concern. The financial statements do not include adjustments that might result from the outcome of this uncertainty.

Certified Public Accountants

August 9, 2004

2

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## BALANCE SHEET
### JULY 31, 2004

### ASSETS

| | | |
|---|---|---:|
| CURRENT ASSETS | | |
| Cash | $ | 464,947 |
| Accounts receivable | | 3,196,864 |
| Prepaid expenses | | 147,479 |
| Due from models, less allowance for doubtful accounts of | | |
| $206,300 | | 100,505 |
| Due from others | | 68,658 |
| Due from group companies | | 6,618 |
| Due from wholly owned subsidiaries | | 873,590 |
| | | |
| TOTAL CURRENT ASSETS | | 4,858,661 |
| | | |
| PROPERTY, PLANT AND EQUIPMENT, NET | | 139,941 |
| | | |
| OTHER ASSETS | | |
| Investments in wholly owned subsidiaries | | 151,000 |
| Investments in minority owned subsidiaries | | 203,914 |
| Security deposits | | 26,765 |
| Other | | 5,000 |
| | | |
| TOTAL OTHER ASSETS | | 386,679 |
| | | |
| TOTAL ASSETS | $ | 5,385,281 |

See accompanying notes and accountants' review report

3

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## BALANCE SHEET
## JULY 31, 2004

### LIABILITIES AND STOCKHOLDERS' DEFICIT

LIABILITIES NOT SUBJECT TO COMPROMISE
   Current Liabilities:

| | |
|---|---:|
| DIP financing | $ 1,400,000 |
| Accounts payable and accrued expenses | 1,167,962 |
| Due to models | 1,764,051 |
| Due to parent | 18,539 |
| **TOTAL CURRENT LIABILITIES** | 4,350,552 |
| LIABILITIES SUBJECT TO COMPROMISE | 6,635,318 |
| **TOTAL LIABILITIES** | 10,985,870 |

STOCKHOLDERS' DEFICIT
   Common stock, $100 par value, 10,000 shares authorized,

| | |
|---|---:|
| 2,000 shares issued and outstanding | 200,000 |
| Additional paid in capital | 800,000 |
| Accumulated deficit | (6,600,589) |
| **TOTAL STOCKHOLDERS' DEFICIT** | (5,600,589) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ 5,385,281 |

See accompanying notes and accountants' review report

4

# ELITE MODEL MANAGEMENT CORPORATION
# (DEBTOR-IN-POSSESSION)
## STATEMENTS OF OPERATIONS AND ACCUMULATED DEFICIT

| | Month Ended July 31, 2004 | Period from February 12, 2004 to July 31, 2004 |
|---|---|---|
| NET REVENUES | $ 408,674 | $ 2,296,412 |
| OPERATING EXPENSES: | | |
| Cost of operations | 116,407 | 241,631 |
| General and administrative | 357,998 | 1,998,547 |
| Depreciation and amortization | 7,978 | 51,401 |
| TOTAL OPERATING EXPENSES | 482,383 | 2,291,579 |
| (LOSS) INCOME BEFORE OTHER EXPENSES, REORGANIZATION ITEMS AND TAX BENEFIT | (73,709) | 4,833 |
| OTHER INCOME (EXPENSES) | | |
| Dividend income | 43 | 83 |
| Interest expense (contractual interest $40,086 and $219,937 for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, respectively) | (6,032) | (28,147) |
| LOSS BEFORE REORGANIZATION ITEMS AND TAX EXPENSE | (79,698) | (23,231) |
| REORGANIZATION ITEMS: | | |
| DIP commitment fee | 75,000 | 115,000 |
| Insurance | - | 50,000 |
| Professional and UST fees | 237,660 | 1,848,227 |
| TOTAL REORGANIZATION ITEMS | 312,660 | 2,013,227 |
| LOSS BEFORE TAX EXPENSE | (392,358) | (2,036,458) |
| TAX EXPENSE | - | (455) |
| NET LOSS | (392,358) | (2,036,913) |
| ACCUMULATED DEFICIT, BEGINNING OF PERIOD | (6,208,231) | (4,563,676) |
| ACCUMULATED DEFICIT, END OF PERIOD | $ (6,600,589) | $ (6,600,589) |

See accompanying notes and accountants' review report

5

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
### STATEMENTS OF CASH FLOWS

| | Month Ended July 31, 2004 | Period from February 12, 2004 to July 31, 2004 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| (Loss) before reorganization items: | $ (79,698) | $ (23,686) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 7,978 | 51,401 |
| Models' write-off | 100,162 | 152,138 |
| Client bad debt (recoveries) | 17,201 | 26,038 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (110,392) | (542,356) |
| Prepaid expenses | 2,657 | 97,287 |
| Due from/to models | (266,617) | 290,128 |
| Due from wholly owned subsidiaries | 40,509 | 78,500 |
| Security deposits | - | (1,096) |
| Accounts payable and accrued expenses | 44,665 | (1,040,793) |
| Due from others | 2,655 | (1,843) |
| Due from group companies | 1,984 | (6,575) |
| Due to parent | 300 | 18,539 |
| Due to others | - | (120,831) |
| Due to group companies | - | (75,386) |
| Due to nongroup companies | - | (2,412) |
| Reserve for litigation | - | (4,757,904) |
| Liabilities subject to compromise | (36,468) | 5,876,217 |
| | (275,064) | 17,366 |
| Cash flows used in reorganization items: | | |
| Reorganization items | (312,660) | (2,013,227) |
| Increase (decrease) in liabilities | (196,726) | 841,919 |
| | (509,386) | (1,171,308) |
| NET CASH USED IN OPERATING ACTIVITIES | (784,450) | (1,153,942) |
| | | |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | |
| Purchases of property, plant and equipment | (11,563) | (21,428) |
| NET CASH USED IN INVESTING ACTIVITIES | (11,563) | (21,428) |
| | | |
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Proceeds from DIP financing | 1,400,000 | 2,200,000 |
| Payments on DIP financing | (800,000) | (800,000) |
| NET CASH PROVIDED BY FINANCING ACTIVITIES | 600,000 | 1,400,000 |
| | | |
| NET (DECREASE) INCREASE IN CASH | (196,013) | 224,630 |
| CASH, BEGINNING OF PERIOD | 660,960 | 240,317 |
| CASH, END OF PERIOD | $ 464,947 | $ 464,947 |
| Supplemental disclosure of cash flows information: | | |
| Interest paid | $ 11,718 | $ 28,147 |
| Income taxes paid | $ - | $ 455 |

See accompanying notes and accountants' review report

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

NOTE 1- Petition for Relief Under Chapter 11

### Bankruptcy Proceedings
On February 11, 2004, Elite Model Management Corporation (the "Company", the "Debtor" or "Elite New York") filed petitions for relief under Chapter 11 of the federal bankruptcy laws in the United States Bankruptcy Court for the Southern District of New York. Under Chapter 11, certain claims against the Debtor in existence prior to the filing of the petitions for relief under the federal bankruptcy laws are stayed while the Debtor continues business operations as Debtor-In-Possession. These claims are reflected in the July 31, 2004, balance sheet as "Liabilities Subject To Compromise" (see Note 6). Additional claims (liabilities subject to compromise) may arise subsequent to the filing date resulting from, among other things, rejection of executory contracts, including leases, and from the determination by the court (or agreed to by parties in interest) of allowed claims for contingencies and other disputed amounts.

The Debtor received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations, including employee wages and the related employee benefits and its independent contractor models.

The Company continues to operate its businesses as "debtor-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and applicable court orders. In general, as debtor-in-possession, the Company is authorized under Chapter 11 to continue to operate as an ongoing business, but may not engage in transactions outside the ordinary course of business without the prior approval of the Bankruptcy Court.

### Financial Statement Presentation
The Company has prepared the accompanying financial statements in accordance with American Institute of Certified Public Accountants' Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code", and on a going-concern basis, which assumes continuity of operations, realization of assets and satisfaction of liabilities in the ordinary course of business.

SOP 90-7 requires that the financial statements for periods subsequent to a Chapter 11 filing separate transactions and events that are directly associated with the reorganization from the ongoing operations of the business. Accordingly, all transactions (including, but not limited to all professional fees, commitment fee, realized gains and losses and provisions for losses) directly associated with the reorganization and restructuring of the business are reported separately in the financial statements.

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

The balance sheet distinguishes pre-petition liabilities subject to compromise from both those pre-petition liabilities that are not subject to compromise and from post-petition liabilities.

In addition, as a result of Chapter 11 filing, the realization of assets and satisfaction of liabilities, without substantial adjustments and/or changes in ownership, are subject to uncertainty. While operating as debtors-in-possession under the protection of Chapter 11 and subject to approval of the Bankruptcy Court and the terms of the applicable DIP Financing covenants, or otherwise as permitted in the ordinary course of business, the Company may sell or otherwise dispose of assets and liquidate or settle liabilities for some amounts other than those reflected in the financial statements. Further, the forthcoming plan of reorganization could materially change the amounts and classifications in the historical financial statements.

DIP Financing
In February 2004, the Company entered into a Debtor-In-Possession credit agreement (the "Old DIP Financing") for a term loan up to $1,500,000 with Careyes Funding Group, LLC. As of July 31, 2004, the Company used the New DIP Financing, as defined below, to pay off the borrowing of $800,000 and any associated commitment fees and obligations.

On July 9, 2004, the Company entered into an asset purchase agreement (the "Purchase Agreement") with a potential buyer (the "Purchaser") who desires to purchase from the Company all of the Company's assets related to the Company's business. Concurrently with the execution of the Purchase Agreement, the Purchaser made a good faith deposit of $2,000,000 (the "Deposit") in an interest-bearing account in accordance with the terms of the agreement. Upon entry of the bidding procedures approved by the bankruptcy court, the Purchaser executed a new debtor-in-possession loan agreement (the "New DIP Financing") under which the Company can convert any portions of the Deposit into borrowings. As of July 31, 2003, the Company converted $1,400,000 from Deposit into borrowing, with an interest rate of LIBOR (approximately 1.1% as of July 31, 2004) plus 8%. The maturity date of New DIP Financing is the earlier of November 1, 2004 or the Asset Purchase Consummation Date, as defined in the Purchase Agreement.

In the event that the Company consummates a Competing Transaction, as defined in the Purchase Agreement, the Purchaser shall be entitled to a break-up fee which is equal to 3% of the purchase price, and the expense reimbursement, provided that the Purchaser has complied with all of the terms and conditions as defined in the Purchase Agreement.

The New DIP Financing is guaranteed by Elite Model Management Miami Corporation ("Elite Miami") and Elite Model Management Corporation (Los Angeles) ("Elite LA"), and

8

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

if required, 1 Model Management, LLC ("1 MM"). Additionally, the New DIP Financing is secured by valid, binding and enforceable security interests in and liens upon all of the Company's property, and shall at all times constitute allowed administrative expenses claims in the bankruptcy case having priority over all administrative expenses of the kind, subject only to the Carve-Out, as defined in the agreement.

The terms of the New DIP Financing include covenants that require the Company to satisfy ongoing weekly and monthly financial requirements and covenants that limit, among other things, the Company's ability to borrow additional money, sell or disposal of any assets, and make additional corporate investments.

NOTE 2- Description of Business and Summary of Significant Accounting Policies

Operations
The Company is majority-owned by Elite Model Management S.A. (the "Parent"). During December 2001, Elite Model Management Holding Corporation ("Elite Holding") was dissolved and its ownership in the Company was transferred to the Parent through a stock swap.

The Company owns a 100% interest of Elite LA and Elite Miami. Additionally, the Company owns a 60% interest of 1 MM. Elite New York, Elite LA, Elite Miami, and 1 MM each act as booking managers for professional models in the New York, Los Angeles, and Miami areas, respectively, and on behalf of various Elite companies throughout the world. As managers, it is the Company's and its subsidiaries' responsibility to manage, promote and negotiate on behalf of the models in all areas and modes of professional modeling.

Departure From Generally Accepted Accounting Principles
The accompanying financial statements have been prepared for Elite New York stand alone only without consolidating its wholly and majority owned subsidiaries. Further, equity in earnings of minority owned subsidiaries was also excluded in the financial statements. Accounting principles generally accepted in the United States of America require consolidation of its wholly and majority owned subsidiaries and recognition of equity in earnings of minority owned subsidiaries in the Company's financial statements. The Management of the Company has elected not to consolidate Elite LA, Elite Miami and 1 MM, and not to record equity in earnings of Elite Illinois and its subsidiary and Elite Toronto (see below), and the effect of these departures from generally accepted accounting principles have not been determined.

9

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

Investments in Minority Owned Subsidiaries
The Company owns a 50% of Elite Model Management Corporation (Illinois) and its subsidiaries (collectively, "Elite Illinois") and also owns a 50% of Elite Model Management (Toronto) Inc. ("Elite Toronto"). In accordance with the management agreements, the Company's proportionate share of earnings and losses from these investments is 40%.

Use of Estimates
The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The most significant estimates relate to the reserve for due from models, the recoverability of long-lives assets and the valuation allowance on deferred tax assets. Actual results could differ from those estimates.

Cash and Cash Equivalents
The Company considers all highly liquid instruments purchased with a maturity of three months or less to be cash equivalents.

Revenue Recognition
The Company recognizes revenue on the date the model services are performed.

Allowance for Doubtful Accounts
The Company charges models with a substantial portion of uncollectible accounts receivable. These amounts, in addition to advances to models, are included in due from models. A provision for model bad debts is provided for when amounts are deemed unrecoverable from the model. Certain amounts that are not charged back to the model and are deemed uncollectible from the customer are written-off during the period.

Property and Equipment ·
Property and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed based on the estimated useful lives of the assets, ranging from 3 to 7 years. The straight-line method of depreciation was adopted for all property and equipment placed into service beginning January 1, 2001. For property and equipment placed into service prior to January 1, 2001, depreciation is provided using accelerated methods. Management adopted the straight-line method to conform with the Parent's accounting policy. The costs of leasehold improvements are amortized on the straight-line basis over the shorter of the estimated useful life of the asset or term of the lease.

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

Upon retirement or other disposition of depreciable assets, the cost and related accumulated depreciation are eliminated from the accounts, and any gain and loss on disposal is credited to or charged against operations. The Company writes off fully depreciated assets.

### Long-lived Assets
When indicators of impairment are present, the Company evaluates the carrying value of long-lived assets in relation to expected future undiscounted cash flows and will reduce the net book value to the fair value of the related assets, if appropriate. Impairment losses on long-lived assets are recognized when expected future cash flows are less than the asset's carrying value. There was no impairment as of July 31, 2004.

### Group Companies
Group Companies consist of certain various worldwide Elite Entities, which have common ownership on the worldwide level and are included in the worldwide consolidation. The Company is included in the Elite Group Companies.

### Income Taxes
The Company accounts for income taxes using an asset and liability approach. Deferred income taxes are provided for differences between the financial statement carrying amounts and tax bases of assets and liabilities at enacted tax rates in effect for the period in which the differences are expected to reverse. The Company evaluates the recoverability of deferred tax assets and establishes a valuation allowance when it is more likely than not that some portion or all of the deferred tax assets will not be realized.

As of July 31, 2004 the Company has provided a valuation allowance for the full amount of its deferred tax assets because of the substantial uncertainties associated with the Company's ability to realize a deferred tax benefit due to its financial condition.

### Promotion and Advertising Costs
All costs related to the promotion and advertising of the Company's services are expensed in the period incurred. Total promotion and advertising expense for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004 was $356 and $26,161, respectively, and was included in cost of operations.

### Concentration of Credit Risk
The Company maintains cash deposits with major banks, which from time to time may exceed federally insured limits. The Company believes it mitigates its risks by investing in or through major financial institutions. Recoverability is dependent on the performance of the institution.

11

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

Receivables arise from numerous customers in the advertising and fashion industries. Exposure to credit risk is limited by the large number of customers comprising the Company's customer base. The Company performs ongoing credit evaluations of its customers' financial condition to further limit its risk. For the month ended July 31, 2004, there was one customer who comprised approximately 17.8% of revenue; and for the period from February 12, 2004 to July 31, 2004, there was another customer who comprised approximately 11.6% of revenues.

NOTE 3- Comprehensive Income/Loss

Statement of Financial Accounting Standards No. 130 ("SFAS No. 130") establishes the standards for reporting and display of comprehensive income (loss) and its components in the financial statements. Comprehensive income is defined to include all changes in stockholders' equity except those resulting from investments from stockholders and distributions to stockholders. For the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, there was no material other comprehensive income/loss. Accordingly, comprehensive loss approximates the net loss.

NOTE 4- Property and Equipment

Property and equipment as of July 31, 2004 consist of the following:

| | |
|---|---|
| Furniture and Equipment | $ 701,168 |
| Less: accumulated depreciation and amortization | 561,227 |
| Property and equipment, net | $ 139,941 |

Depreciation expense for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004 was $7,978 and $51,401, respectively.

NOTE 5- Reserve For Litigation

On May 14, 2003, a jury in the New York State Supreme Court case of Victoria Gallegos v. Elite Model Management Corporation et al. rendered a verdict in the aggregate amount of

12

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

$5,273,590, of which $2,673,590 was for compensatory damages jointly and severally against all defendants and $2,600,000 was for punitive damages against the Company alone. On January 8, 2004, this verdict was reduced to a new judgment, accepted by the plaintiff, of a total $4,651,822, of which $1,886,419 was for compensatory damages and $2,765,403 was for punitive damages, including a total interest charge of $278,232 calculated from April 25, 2003 to January 8, 2004. The interest rate of 9% will apply to the judgment until the date the judgment is satisfied. The post-petition interest may not be allowable in the bankruptcy court against Elite New York. As of July 31, 2004, the reserve for the litigation was $4,687,904 including interest calculated through February 11, 2004.

In rendering its judgment, the Court has the discretion under applicable law to require defendants to pay all or a portion of the plaintiff's attorneys' fees incurred in bringing this lawsuit. The Company did not have an estimate of such fees as of July 31, 2004. No provision has been accrued for these costs as of the balance sheet date.

In addition, the Company also entered into an agreement with a Company's former employee for a litigation settlement of approximately $70,000, which was included in the reserve for litigation (see Note 6).

NOTE 6- Liabilities Subject to Compromise

Liabilities subject to compromise refers to liabilities that will be accounted for under a plan of reorganization, including claims incurred prior to the petition date. These amounts result from known or potential claims to be resolved through the Chapter 11 process and such claims remain subject to future adjustments. Adjustments may result from, among other things, negotiations, actions of the Bankruptcy Court, rejection of executory contracts and unexpired leases, the determination as to the value of any collateral securing claims, proofs of claim or other events. Settlement of these amounts will be established through the plan of reorganization.

At July 31, 2004, the Company had liabilities subject to compromise consisting of the following:

## ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

|                                       | Amount      |
|---------------------------------------|-------------|
| Accounts payable and accrued expenses | $    919,683 |
| Due to parent                         | 759,101     |
| Due to others                         | 120,832     |
| Due to group companies                | 75,386      |
| Due to nongroup companies             | 2,412       |
| Reserve for litigation                | 4,757,904   |
| Total                                 | $  6,635,318 |

NOTE 7- Commitments and Contingencies

Lease Commitments
The Company has entered into operating leases for office and apartment facilities. The future minimum lease payments under such leases are as follows:

| Year Ending<br>July 31, | Amount     |
|-------------------------|------------|
| 2005                    | $   368,858 |
| 2006                    | 126,283    |
| Total                   | $   495,141 |

Certain operating leases contain escalation clauses with respect to real estate taxes and related operating costs. Rent expense, inclusive of operating expenses, under operating leases for office facilities amounted to $28,678 and $198,950 for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, respectively. Rent expense, net of rental receipts form subtenants and inclusive of operating expenses, under operating leases for model and corporate apartments amounted to $11,825 and $41,811 for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, respectively. Renewal options exist with respect to several operating leases.

The Company has entered into several operating leases for office equipment. The future minimum lease payments under such leases are as follows:

14

| Year Ending July 31, | Amount |
|---|---|
| 2005 | $ 11,216 |
| 2006 | 2,937 |
| Total | $ 14,153 |

Rent expense under operating leases for equipment amounted to $2,754 and $20,351 for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, respectively.

Guarantees

Effective July 30, 1999, as amended on November 30, 2002, the Company is a guarantor for Elite Illinois on bank notes payable up to a maximum amount of $250,000. The guarantor guarantees to the bank, as the primary obligor, full and prompt payment of the notes payable when due, which is upon demand. The aggregate balance of the notes payable at July 31, 2004 was $175,000. Substantially all of Elite Illinois's assets are pledged as collateral under the notes payable.

Profit Sharing Plan

On April 30, 1989, the Board of Directors of Elite New York established an employee profit sharing plan for the benefit of all permanent employees of the Company. Under this plan, Elite New York, at the discretion of the Board of Directors, may make contributions to the plan provided that the total contribution in any fiscal year does not exceed 15% of the salaries and wages paid or accrued. There were no contributions made to the plan by the Company for the period from February 12, 2004 to July 31, 2004.

On January 1, 1998, the Company established a section 401K plan for the benefit of all permanent employees of the Company. Employees are eligible to voluntarily participate in the plan after the completion of one year of service and will be fully vested upon completing six years of service.

Litigation

The Company records liabilities for legal claims against the Company in accordance with generally accepted accounting principles. These amounts are recorded based on our assessments of the likelihood of their eventual settlements. The amounts of these liabilities could increase or decrease in the near term, based on revisions to estimates relating to the various claims. In addition, as a result of the bankruptcy filing, as of the petition date, virtually all pending litigation is stayed, and absent further order of the Bankruptcy Court, no party, subject to certain exceptions, may take any action, again subject to certain exceptions,

# ELITE MODEL MANAGEMENT CORPORATION
## (DEBTOR-IN-POSSESSION)
## NOTES TO FINANCIAL STATEMENTS
## (SEE ACCOUNTANTS' REVIEW REPORT)

to recover on pre-petition claims against the Company. Accordingly, the Company has classified certain of these liabilities as liabilities subject to compromise.

The Company is also involved in several class action and anti-trust litigations brought against the Company and other defendants in the United States of America. The Company believes it has meritorious defenses in these litigations but is unable to determine the ultimate outcome of the litigations; accordingly, the Company has not recorded any litigation reserves for these matters in the accompanying financial statements.

Note 8- Dividend Income

For the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, the Company received dividend income of $43 and $83 from shares held in Federated Department Store ("Federated"). The value of the securities, which were received in connection with Federated's bankruptcy plan of reorganization, was not recorded in the accompanying financial statements since it arose from the recovery of a bad debt and the company had no plans to dispose of the shares. Any disposition of the shares would require the approval of the bankruptcy court.

Note 9- Fair Value of Financial Instruments

The carrying value of the cash and cash equivalents and DIP financing approximates fair value because of the short maturity of those instruments.

Note 10- Insurance Policies

The insurance policies were fully paid for the current period, and specifically the amounts for workers compensation and disability insurance have been paid.

## ACCOUNTANTS' REVIEW REPORT ON
## SUPPLEMENTARY INFORMATION

To the Stockholders and Board of Directors
Elite Model Management Corporation

Our report on our review of the basic financial statements of Elite Model Management Corporation (Debtor-In-Possession) as of July 31, 2004 and for the month then ended and for the period from February 12, 2004 to July 31, 2004 appears on pages 1 and 2. That review was made for the purpose of expressing limited assurance that there are no material modifications that should be made to the financial statements in order for them to be in conformity with generally accepted accounting principles. The accompanying supplementary information included in the schedule of net revenues, cost of operations, general and administrative expenses for the month ended July 31, 2004 and for the period from February 12, 2004 to July 31, 2004, and the schedule of federal, state and local taxes collected, received, due or withheld for the month ended July 31, 2004 is presented only for supplementary analysis purposes and has been subjected to the inquiry and analytical procedures applied in the review of the basic financial statements. All information included in the schedules is the representation of the management of Elite Model Management Corporation (Debtor-In-Possession). We did not become aware of any material modifications that should be made to this supplementary information.

Tanton Company LLP

Certified Public Accountants

August 9, 2004

17

# ELITE MODEL MANAGEMENT CORPORATION
# (DEBTOR-IN-POSSESSION)

## SCHEDULES OF NET REVENUES, COST OF OPERATIONS AND
## GENERAL AND ADMINISTRATIVE EXPENSES

|  | Month Ended July 31, 2004 | Period from February 12, 2004 to July 31, 2004 |
|---|---|---|
| NET REVENUES |  |  |
| Model fees | $ 1,496,414 | $ 8,133,738 |
| Client commission/client service charge | 245,100 | 1,299,322 |
| Net proceeds of sales | 1,741,514 | 9,433,060 |
| Model net | (1,293,831) | (6,960,804) |
| Gross operating margin | 447,683 | 2,472,256 |
| Commission to mother agency | (39,009) | (176,302) |
| Net operating margin | 408,674 | 2,295,954 |
| Miscellaneous income | - | 458 |
| Other operating income | - | 458 |
| NET REVENUES | $ 408,674 | $ 2,296,412 |
| COST OF OPERATIONS |  |  |
| Models' apartment | $ 11,825 | $ 41,811 |
| Models' write-off | 100,162 | 152,138 |
| Career development and training on models | 1,067 | 11,352 |
| Promotion and advertising | 356 | 26,161 |
| Scouting | 2,997 | 10,169 |
| TOTAL COST OF OPERATIONS | $ 116,407 | $ 241,631 |
| GENERAL AND ADMINISTRATIVE EXPENSES |  |  |
| Management expenses and benefits | $ 27,012 | $ 133,407 |
| Office salaries and benefits | 215,132 | 1,293,879 |
| Travel | 14,985 | 71,215 |
| Meals and entertainment | 12,529 | 59,920 |
| Telephone | 7,259 | 45,986 |
| Messengers | 1,034 | 5,972 |
| Office rent and operating expenses | 28,678 | 198,950 |
| Office supplies and expenses | 7,620 | 46,169 |
| Repairs and maintenance | 15,657 | 71,537 |
| Administration, consulting and lawyers | 500 | 12,365 |
| Equipment rental | 2,754 | 20,351 |
| Bank charges | 630 | 5,751 |
| Miscellaneous | 7,007 | 7,007 |
| Client bad debts | 17,201 | 26,038 |
| TOTAL GENERAL AND ADMINISTRATIVE EXPENSES | $ 357,998 | $ 1,998,547 |

See accountants' review report on supplementary information

## SCHEDULE OF FEDERAL, STATE, AND LOCAL TAXES
## COLLECTED, RECEIVED, DUE OR WITHHELD
### FOR THE MONTH ENDED JULY 31, 2004

| | Amount incurred | Amount paid | Date paid |
|---|---|---|---|
| WAGES AND SALARIES PAID (GROSS) | $ 207,701 | $ 207,701 | 7/2/04, 7/9/04, 7/16/04, 7/23/04 and 7/30/04 |
| **EMPLOYEE PAYROLL TAXES WITHHELD** | | | |
| Federal | | | |
| FICA tax | $ 15,814 | $ 15,814 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |
| Federal income tax withheld from employees | 35,986 | 35,986 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |
| Total federal payroll taxes withheld | 51,800 | 51,800 | |
| State income tax withheld from employees | 11,062 | 11,062 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |
| City income tax withheld from employees | 5,182 | 5,182 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |
| TOTAL PAYROLL TAXES WITHHELD | $ 68,044 | $ 68,044 | |
| **EMPLOYER PAYROLL TAX CONTRIBUTIONS** | | | |
| Federal | | | |
| FICA tax | $ 15,814 | $ 15,814 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |
| FUTA tax | 3 | 3 | 8/4/04 |
| Total federal employer payroll taxes | 15,817 | 15,817 | |
| State employer payroll tax | 29 | 29 | 8/4/04 |
| TOTAL EMPLOYER PAYROLL TAXES | $ 15,846 | $ 15,846 | |
| GROSS TAXABLE SALES | $ 617 | | |
| SALES TAXES COLLECTED | $ 53 | $ - | 9/20/04 (to be paid) |
| **FEDERAL TAX WITHHELD FROM FOREIGN** | | | |
| NON-EMPLOYEE PERSONS | $ 113,249 | $ 113,249 | 7/7/04, 7/14/04, 7/21/04, 7/28/04 and 8/4/04 |

See accountants' review report on supplementary information