**Hearing Date:  October 6, 2004**
**2:00 p.m.**

KIRKPATRICK & LOCKHART LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-4812

Attorneys for Victoria Gallegos

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                      :                  Chapter 11

ELITE MODEL MANAGEMENT                  :                  Case No. 04-10845 (RDD)
CORPORATION,
                                                            :
                    Debtor.
                                                            :
--------------------------------------------------------x


### OBJECTION OF VICTORIA M. GALLEGOS TO THE DEBTOR'S MOTIONS (I) FOR ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH THE DEBTOR MAY FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF AND (II) FOR AN ORDER MODIFYING THE AUTOMATIC STAY

Victoria Gallegos, by her attorneys, Kirkpatrick and Lockhart LLP, objects to the

Debtor's Motions (i) for Order Extending the Exclusive Period During Which the Debtor May

File Chapter 11 Plan and Solicit Acceptances Thereof and (ii) for an Order Modifying the

Automatic Stay, both filed by Elite Model Management Corporation (the "Debtor") in the within

case, for the reasons set forth in the annexed affidavit of Edward M. Fox, sworn to October 4,

2004 and the exhibits annexed thereto, the annexed unsworn Declaration of Robert L. Herbst

dated September 21, 2004 and the accompanying Memorandum of Law in Opposition to the

Debtor's Motions (i) for Order Extending the Exclusive Period During Which the Debtor May

NY-325726 v1

File Chapter 11 Plan and Solicit Acceptances Thereof and (ii) for an Order Modifying the

Automatic Stay.


Dated: New York, New York
        October 4, 2004


                            KIRKPATRICK & LOCKHART LLP



                            By:____/s/ Edward M. Fox_____
                                Edward M. Fox (EF1619)
                                A Member of the Firm
                            Attorneys for Victoria Gallegos
                            599 Lexington Avenue
                            New York, New York  10022
                            (212) 536-3900


2