Robert J. Feinstein (RF 2836)
Ilan D. Scharf (IS 3469)
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES & WEINTRAUB P.C.
780 Third Avenue, 36th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

Counsel for Elite Model Management, S.A.
and Alain Kittler

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

**EMMC, Inc., f/k/a Elite Model Management Corporation,**

Chapter 11

Case No. 04-10845 (RDD)

                            Debtor.
------------------------------------------------------------x

## VERIFIED STATEMENT OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW"), as counsel to the parties designated herein in these chapter 11 cases, respectfully submits this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1.   Name and Address of Creditors Represented by PSZYJW

PSZYJW has been retained to represent the following creditors in these cases:

   a.   Elite Model Management, S.A. ("Elite S.A.")
        15 Rte Des Arsenaux
        1700 Fribourg
        Switzerland

   b.   Mr. Alain Kittler ("Kittler")
        6 Rue de la Querolle
        78290 Croissy
        France

        c.        Mr. Gerald Marie ("Marie")
c/o Coudert Bros. LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: Mary L. Johnson, Esq.

    2.    <u>Name and Amount of Claims and Time of Acquisition Thereof</u>

Elite S.A is a creditor and equity holder of the Debtor. Elite S.A. holds a claim against the Debtor in the amount of $759,101.37, based on a loan from Elite S.A. to the Debtor.

Kittler is (i) a creditor, (ii) the Secretary and Treasurer and (iii) a director of the Debtor. Kittler holds a claim against the Debtor in the amount of $120,830.75, based on a loan from Kittler to the Debtor. Kittler also has claims against the Debtor based on his right to indemnification from the Debtor with respect to the following cases: (a) <u>Fletcher v. Elite Model Management Corp.</u>, N.Y. Sup. Ct., Index No. 100459/04; (b) <u>Gallegos v. Elite Model Management Corp.</u>, N.Y. Sup. Ct., Index No. 120577/00, and (c) any other actions in which Kittler is named as a defendant.

Marie is (i) a creditor, (ii) President and (iii) a director of the Debtor. Marie holds claims against the Debtor based on his right to indemnification by the Debtor with respect to the following cases: (a) <u>Fletcher v. Elite Model Management Corp.</u>, N.Y. Sup. Ct., Index No. 100459/04; (b) <u>Gallegos v. Elite Model Management Corp.</u>, N.Y. Sup. Ct., Index No. 120577/00, and (c) any other actions in which Marie is named as a defendant.

    3.    Pertinent Facts and Circumstances
           <u>in Connection with Retention of PSZYJW</u>

PSZYJW has fully advised each of Elite S.A., Kittler and Marie with respect to this concurrent representation. Each of Elite, S.A., Kittler and Marie has agreed to such concurrent representations and has requested that PSZYJW represent them in this case.

    4.    <u>Amount of Claims Owed by PSZYJW</u>

PSZYJW does not hold any claims against or any interest in the Debtor.

Dated: New York, New York
March 1, 2005

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

By   */s/ Robert J. Feinstein*
Robert J. Feinstein (RF 2836)
Ilan D. Scharf (IS 3469)
780 Third Avenue, 36th Floor
New York, NY  10017
Telephone: 212/561-7700
Facsimile:  212/561-7777

Attorneys for Elite Model Management, S.A.,
Alain Kittler, and Gerald Marie

NY/7988