**PARTNERS**
SCOTT L. LANIN
ROBERT H. MOSES*

**LEGAL ASSISTANT**
KIZZY GABRIEL

**COUNSEL**
UEL RHEEM

*Also Admitted in NJ

# LANIN & MOSES LLP

### ATTORNEYS AT LAW

1065 AVE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

*tel*  (212) 764-7250
www.laninlaw.com

*Direct Contact:*
*voice*  (212) 764-7250 Ext. 201
*e-mail*  scott@laninlaw.com
*fax*  (646) 365-3054

November 7, 2005

**Via Federal Express (212) 668-2301**
Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004-1408

Re:    **Elite Model Management Corporation;**
**Chapter 13 Case No. 04-10845**

Dear Judge Drain:

We represent creditor, Maryanne Fletcher. Enclosed please find a chambers copy of her Response and Opposition to Debtor's Objection To Her Proof of Claim, with Proof of Service. Thank you.

Respectfully,

Scott L. Lanin

Encl.
cc.: All parties on enclosed service list