LANIN & MOSES LLP
Attorneys for Maryanne Fletcher
By: Scott L. Lanin, Esq. (SLL-2269)
1065 Avenue of the Americas, Suite 1802
New York, New York 10018
(212) 764-7250 ext. 201

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

EMMC, Inc., f/k/a
Elite Model Management Corporation,                    Chapter 11 Case No. 04-10845 (RDD)

                              Debtor.
-------------------------------------------------------------X

## AFFIDAVIT OF MARYANNE FLETCHER IN RESPONSE AND
## OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

MARYANNE FLETCHER, being duly sworn, deposes and says under the penalties of perjury

that:

I am a creditor in the above-referenced case, having filed a Proof of Claim for $3 million. I

have read and reviewed the accompanying Supplemental Response of my attorney, Scott L. Lanin,

Esq., of the firm Lanin & Moses LLP which is filed in opposition to the Debtor's objection to my

Proof of Claim. I make this affidavit in order to advise the Court that all of the factual statements and

allegations contained in the Supplemental Response are true, complete and accurate. In order to avoid

burdening the Court with repetitive papers I will not repeat each and every fact here. I respectfully

incorporate the facts set forth in the Supplemental Response as though they were set forth here. If this

1

matter requires a trial, I am fully prepared to testify in person in support of my claim.

WHEREFORE, I respectfully request that the claim be allowed in its entirety, that the Debtor be directed to pay the claim, together with such other and further relief as may be just and equitable including an award of my counsel fees and costs.

_____
MARYANNE FLETCHER

Sworn to before me this
6th day of March, 2006

_____
NOTARY PUBLIC

Scott Lanin
Notary Public
NY State, NY County
No. 02LA4976380
Commission Expires 2/28/07

2