UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                           :

    In re                                  :        Chapter 11
                                           :

EMMC, Inc., f/k/a,                   :        Case No. 04-10845 (RDD)
Elite Model Management Corporation,  :
                                         :

            Debtor.                   :
                                         :
--------------------------------------------------------x

## **FINAL DECREE**

Upon Chester B. Salomon, in his capacity as Litigation Trustee (the "Litigation Trustee") under the Litigation Trust (the "Litigation Trust") created under the Second Amended Chapter 11 Plan of Liquidation of the estate of the above-named debtor, having fully administered the Litigation Trust; and the Litigation Trust for such debtor having been substantially consummated; and there being no other and further business of the above-captioned debtor (the "Debtor"); accordingly, it is

**ORDERED** that the estate of the above-captioned Debtor is closed, effective as of the date of this Order; and it is further

**ORDERED** that the Litigation Trust is terminated, effective as of the date of this Order; and it is further

**ORDERED** that the Litigation Trust is authorized to destroy all records in its possession except those records needed to support any and all tax returns filed on behalf of the Litigation Trust within six years of the date of the closing of the estate; and it is further

**ORDERED** that Chester B. Salomon, the Litigation Trustee of the EMMC Litigation Trust, is hereby discharged of all responsibilities and obligations to the estate and the Litigation Trust.

Dated: New York, New York

       July 20, 2007

                                            /s/Robert D. Drain_____
                                            United States Bankruptcy Judge